IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01295-ZLW-BNB
Bankruptcy Case No. 08-10744-ABC
Adversary Proceeding No. 08-1211-ABC

In re:

MOUNTAIN ADVENTURE PROPERTY INVESTMENTS, LLC,
a Colorado limited liability company,

    Debtor.

MOUNTAIN ADVENTURE PROPERTY INVESTMENTS, LLC,

    Plaintiff,

v.

FSB BANCORP, INC., an Oklahoma corporation;
ALTUS VENTURES, LLC, an Oklahoma limited liability company;
FSB DEVELOPMENT CAPITAL, LLC, an Oklahoma limited liability company;
GLOBAL INDUSTRY MANAGEMENT, LLC, an Oklahoma limited liability company;
OASIS DEVELOPMENT, LLC, an Oklahoma limited liability company;
RK ENTERPRISES, LLC, an Oklahoma limited liability company;
F. DON ANDERSON, an Oklahoma citizen; and
WILLIAM R. GRISSOM, an Oklahoma citizen,

    Defendants.

___

ORDER
___

It is ORDERED that the Court reserves ruling on Defendants' Motion For

Withdrawal Of The Reference (Doc. No. 1). It is

FURTHER ORDERED that, pending the Court's ruling on Defendants' Motion, this matter is referred to Bankruptcy Judge A. Bruce Campbell to handle discovery and prepare this case for trial.

DATED at Denver, Colorado, this __23rd__ day of June, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court